GEORGE T. MAXWELL, Respondent, *v.* JAMES K. WHITAKER, Appellant, and HARRY B. HOLLINS et al., Respondents.

Reported below, 90 App. Div. 606.
(Argued April 25, 1904; decided April 28, 1904.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 19, 1904, affirming a judgment in favor of plaintiff and defendants respondents entered upon the report of a referee.

The motion was made upon the grounds that the decision of the Appellate Division was unanimous and there were no questions of law involved requiring review by the Court of Appeals.

*Eustace Conway* for motion.

*W. C. Prime* opposed.

Motion denied, with ten dollars costs.